IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 13-00222-01-CR-W-DGK |
| LORENZO O. MANNING, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION**

On June 6, 2013, the Court ordered Defendant to undergo a psychiatric examination pursuant to 18 U.S.C. § 4241 for a judicial determination of Defendant's mental competency. Defendant was examined by Dr. Jeremiah Dwyer, who prepared a report dated August 20, 2013. A competency hearing was held before United States Magistrate Judge Sarah W. Hays on September 18, 2013.

On October 10, 2013, Judge Hays entered a "Report and Recommendation," recommending that Defendant be found incompetent to stand trial. No objections were filed by the parties. Therefore, after making an independent, de novo review of the record and applicable law, it is

ORDERED that the "Report and Recommendation" of Magistrate Judge Hays is adopted in its entirety. This Court finds that Defendant is incompetent in that he is presently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or properly assist in his defense. It is further

ORDERED that defendant Manning is committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d)(1). The Attorney General shall hospitalize the defendant for treatment

in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future defendant Manning will attain the capacity to permit the trial to proceed.


 /s/ Greg Kays               
GREG KAYS
United States District Judge

Date:  November 22, 2013