IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 13-00222-01-CR-W-DGK |
| LORENZO O. MANNING, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION</u>**

On November 22, 2013, Defendant was found incompetent to stand trial and committed to the custody of the Attorney General to determine whether there was a substantial probability that in the foreseeable future Defenadnt would attain the capacity to permit the trial to proceed (Doc. 21).

Defendant Manning arrived at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri, on March 5, 2014. A Forensic Psychological Report prepared by Jacob X. Chavez, M.S., Predoctoral Psychology Intern, and reviewed by Richart L. DeMier, Ph.D., Clinical Psychologist, Board Certified in Forensic Psychology, American Board of Professional Psychology, was filed with the Court on July 28, 2014 (Doc. 23). In the Report, defendant was found competent to stand trial. On August 8, 2014, a competency hearing was held before United States Magistrate Judge Sarah W. Hays.

On August 14, 2014, Judge Hays entered a "Report and Recommendation," recommending that Defendant be found to have recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. No objections were filed by the parties. Therefore, after making an independent, de novo review of the record and applicable law, it is

ORDERED that the "Report and Recommendation" of Magistrate Judge Hays is adopted

in its entirety. This Court finds that Defendant is able to understand the nature and consequences of the proceedings against him, to assist properly in his defense, and to stand trial.

                                                                /s/ Greg Kays
                                           GREG KAYS, CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT

Date:   September 9, 2014